# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CHRISTOPHER SETH BAGWELL, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-3 |
| | * | |
| v. | * | |
| | * | |
| STEVE UPTON; MR. STONE; MR. WEBB; and MR. JONES, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 37. Plaintiff did not file Objections to this Report and Recommendation. Plaintiff did file a motion for extension of time to respond to the Motion to Dismiss, which the Court granted, yet Plaintiff still has not responded to the Motion or the Report and Recommendation, and the time to do so has elapsed. Dkt. Nos. 38, 39.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE**

AO 72A
(Rev. 8/82)

this case and enter the appropriate judgment.  The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_18\_\_ day of \_\_February\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)